UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80818-MIDDLEBROOKS/WHITE

JOSEPH M. O'CONNOR,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Report and Recommendation ("Report") of Magistrate Judge on Motion for Voluntary Dismissal (DE 8), issued by Magistrate Judge Patrick A. White on July 29, 2016. Movant did not file Objections.

The Report recommends granting Movant's notice of withdrawal, wherein Movant acknowledges that he wishes to voluntarily dismiss his Motion to Vacate. (DE 8 at 1). Having reviewed the record and the Report, the Court agrees with the Magistrate Judge's recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

(1) United States Magistrate Judge White's Report (DE 8) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) The Motion to Vacate (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

(4) The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16 day of August, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Magistrate Judge Patrick A. White;
              Counsel of record